**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JAN 24 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24- 18 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ATTEMPTED COERCION AND ENTICEMENT (Count 1)<br>Title 18 U.S.C. § 2422(b)<br>(Penalty: Mandatory minimum 10 years to lifetime of imprisonment, $250,000 fine, five years to lifetime of supervised release, $5,000 special assessment, $100 special assessment) |
| TRAVIS DEAN TWO TWO, SR., | |
| Defendant. | |
| | ATTEMPTED SEX TRAFFICKING OF A MINOR (Count 2)<br>Title 18 U.S.C. §§ 1591(a), (c), 1594(a)<br>(Penalty: Mandatory minimum 10 years to lifetime of imprisonment, $250,000 fine, five years to lifetime of supervised release, $5,000 special assessment, $100 special assessment) |

THE GRAND JURY CHARGES:

1

COUNT 1

That from in or about May 2023 through on or about August 19, 2023, at Lame Deer and Ashland, in Rosebud and Big Horn Counties, within the exterior boundaries of the Northern Cheyenne Indian Reservation, in the State and District of Montana, and elsewhere, the defendant, TRAVIS DEAN TWO TWO, SR., knowingly and unlawfully used a means of interstate commerce, including the Internet and a cellular telephone, to attempt to persuade, induce, entice, and coerce Jane Doe 1, an individual he believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically Sexual Intercourse without Consent, in violation of Mont. Code Ann. § 45-5-503, and Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a), all in violation of 18 U.S.C. § 2422(b).

COUNT 2

That beginning in and around June 2023 until September 2023, at Lame Deer, in Rosebud and Big Horn Counties, within the exterior boundaries of the Northern Cheyenne Indian Reservation, in the State and District of Montana, and elsewhere, the defendant, TRAVIS DEAN TWO TWO, SR., in and affecting interstate and foreign commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means an individual, Jane Doe 2, knowing and in reckless disregard that individual was

under the age of 18, and having a reasonable opportunity to observe Jane Doe 2, to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a), (c), and 1594(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_Timothy J. Racicot_ (signature)
For JESSE A. LASLOVICH
United States Attorney

_Cyndee Peterson_ (signature)
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney